COPY

1  Michael A. Caddell (SBN 249469)
   mac@caddellchapman.com
2  Cynthia B. Chapman (SBN 164471)
   Craig C. Marchiando (SBN 283829)
3  **CADDELL & CHAPMAN**
   1331 Lamar, Suite 1070
4  Houston TX 77010
   Telephone: (713) 751-0400
5  Facsimile: (713) 751-0906

6  Devin H. Fok (SBN 256599)
   **THE LAW OFFICES OF DEVIN H. FOK**
7  P.O. Box 7165
   Alhambra CA 91802-7165
8  Telephone: (310) 430-9933
   Facsimile: (323) 563-3445
9  devin@devinfoklaw.com

10 Leonard A. Bennett (*pro hac vice forthcoming*)
   Matthew J. Erausquin (SBN 255217)
11 **CONSUMER LITIGATION ASSOCIATES, P.C.**
   763 J. Clyde Morris Blvd., Suite 1A
12 Newport News VA 23606
   Telephone: (757) 930-3660
13 Facsimile: (757) 930-3662

14 *Attorneys for Plaintiff*

15          **UNITED STATES DISTRICT COURT**
            **CENTRAL DISTRICT OF CALIFORNIA**
16              **WESTERN DIVISION**

17 **GARY L. SMITH, JR., on behalf of**          No.: CV13- 6262 JFW(VBKx)
   **himself and all others similarly**
18 **situated,**
                                                 **NOTICE OF INTERESTED**
19          **Plaintiff,**                       **PARTIES**

20      **vs.**

21 **HARBOR FREIGHT TOOLS USA,**
   **INC.,**
22
            **Defendant.**
23

24

25      The undersigned, counsel of record for Plaintiff Gary Smith, Jr., certifies that

26 the following listed parties may have a pecuniary interest in the outcome of the case.

27

28

FILED
CLERK, U.S. DISTRICT COURT
AUG 2 7 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 2 6 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Gary Smith, Jr.
   Long Beach, CA
   Plaintiff.

2. Harbor Freight Tools USA, Inc.
   26451 Agoura Road
   Calabasas, CA 91302
   Defendant.

3. Michael A. Caddell (SBN 249469)
   Cynthia B. Chapman (SBN 164471)
   Craig C. Marchiando (SBN 283829)
   Caddell & Chapman
   1331 Lamar St.
   Suite 1070
   Houston, TX 77010
   Telephone: (713) 751-0400
   Facsimile: (713) 751-0906
   Plaintiff's attorneys.

4. Devin H. Fok (SBN 256599)
   The Law Office of Devin H. Fok
   P.O. Box 7165
   Alhambra CA 91802-7165
   Telephone: (310) 430-9933
   Facsimile: (323) 563-3445
   Plaintiff's attorneys.

5. Leonard A. Bennett (*pro hac vice forthcoming*)
   Matthew J. Erausquin (SBN 255217)
   Consumer Litigation Associates, P.C.
   763 J. Clyde Morris Blvd., Suite 1A
   Newport News VA 23601
   Telephone:  (757) 930-3660
   Facsimile:  (757) 930-3662
   Plaintiff's attorneys.

Date:  August 23, 2013

Respectfully submitted,

**CADDELL & CHAPMAN**

_____/s/ Michael A. Caddell_____
Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
Craig C. Marchiando (SBN 283829)
1331 Lamar, Suite 1070
Houston TX  77010
Telephone:  (713) 751-0400
Facsimile:  (713) 751-0906


Devin H. Fok (SBN 256599)
**THE LAW OFFICES OF DEVIN H. FOK**
P.O. Box 7165
Alhambra CA 91802-7165
Telephone: (310) 430-9933
Facsimile: (323) 563-3445
devin@devinfoklaw.com


Leonard A. Bennett (*pro hac vice
forthcoming*)
Matthew J. Erausquin (SBN 255217)
**CONSUMER LITIGATION ASSOCIATES,
P.C.**
763 J. Clyde Morris Blvd., Suite 1A
Newport News VA 23601
Telephone:  (757) 930-3660
Facsimile:  (757) 930-3662

*Attorneys for Plaintiff*

3