Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
Craig C. Marchiando (SBN 283829)
**CADDELL & CHAPMAN**
1331 Lamar, Suite 1070
Houston TX  77010
Telephone:  (713) 751-0400
Facsimile:  (713) 751-0906

Devin H. Fok (SBN 256599)
**THE LAW OFFICES OF DEVIN H. FOK**
P.O. Box 7165
Alhambra CA 91802-7165
Telephone: (310) 430-9933
Facsimile: (323) 563-3445
devin@devinfoklaw.com

Leonard A. Bennett (*pro hac vice forthcoming*)
Matthew J. Erausquin (SBN 255217)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1A
Newport News VA 23606
Telephone:  (757) 930-3660
Facsimile:  (757) 930-3662

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| GARY L. SMITH, JR., on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br>  vs.<br><br>HARBOR FREIGHT TOOLS USA, INC.,<br><br>    Defendant. | 2:13-cv-06262- JFW_____<br><br>**[PROPOSED] ORDER GRANTING RELATED-CASE TRANSFER**<br><br>JURY TRIAL DEMANDED |

Pursuant to Local Civil Rule 83-1.3, Plaintiff has notified the Court of a related case within this District, *Doe v. A-Check America, Inc., et al.*, No. 2:12-CV-07960-MMM (AGR), and requested that the Court transfer this case to the *Doe* court for relation and consolidation. Having considered Plaintiff's notice, its request to

1

1 transfer, the applicable law, and the record in this case, the Court is of the opinion
2 that the Request should be GRANTED.
3     IT IS HEREBY ORDERED that the Clerk transfer this case to the Court of
4 Judge Morrow and relate and consolidate this case with *Doe*. The Clerk is further
5 instructed to assign this case an appropriate cause number in its new court.

7 Dated: September __, 2013

                                                        JOHN F. WALTER
                                                        UNITED STATES DISTRICT JUDGE