# EXHIBIT A

1   EVAN R. MOSES, CA Bar No. 198099
    evan.moses@ogletreedeakins.com
2   AARON H. COLE. CA Bar No. 236655
    aaron.cole@ogletreedeakins.com
3   OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.
4   400 South Hope Street, Suite 1200
    Los Angeles, CA  90071
5   Telephone:  213.239.9800
    Facsimile:   213.239.9045
6
    PATRICK HULLA (*Pro Hac Vice*)
7   patrick.hulla@ogletreedeakins.com
    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
8   4520 Main Street, Suite 400
    Kansas City, MO  64111
9   Telephone:  816.471.1301
    Facsimile:   816.471.1303
10
    Attorneys for Defendant
11  HARBOR FREIGHT TOOLS USA, INC.

12                 UNITED STATES DISTRICT COURT

13               CENTRAL DISTRICT OF CALIFORNIA

14

15  GARY L. SMITH, JR., on behalf of        Case No. CV13-6262 JFW (VBKx)
    himself and all others similarly situated,
16                                          **DECLARATION OF AUTUMN**
                                            **CLEMMENS IN SUPPORT OF**
17              Plaintiff,                   **DEFENDANT'S OPPOSITION TO**
                                            **PLAINTIFFS' MOTION FOR CLASS**
18        v.                                 **CERTIFICATION**

19  HARBOR FREIGHT TOOLS USA,
    INC.
20                                          Date:        January 13, 2014
                                            Time:        1:30 pm
21              Defendant.
                                            Complaint Filed: August 27, 2013
22                                          Judge:          Hon. John F. Walters

23

24

25

26

27

28

## DECLARATION OF AUTUMN CLEMMENS

I, Autumn Clemmens, declare as follows:

1.     I am over the age of eighteen.  I have personal knowledge of the facts contained within the following paragraphs, and could and would competently testify hereto if called as a witness in a court of law.

2.     I was the HR Administrator Supervisor at Harbor Freight Tools USA, Inc. ("HFT"). I held this position from August 25, 2011 through October 21, 2013. In my capacity as HR Administrator Supervisor, I have personal knowledge and experience with HFT's job application processes and background check procedures. I also have personal knowledge regarding the circumstances of Gary Smith's job application in 2011.

3.     Each HFT store has a Store Manager, who is the highest-ranking employee at the store, and has ultimate responsibility for virtually all aspects of the store's overall performance. (Assistant Store Managers (ASMs) are responsible for the store in the Store Manager's absence, and also participate in hiring activities at the direction of the Store Manager or in the Store Manager's absence.) The Store Managers (and ASMs) at HFT have the ultimate authority to hire the retail associates who work at their stores. Store Managers (and ASMs) also have responsibility for numerous aspects of the hiring process, including reviewing and evaluating job applications, interviewing applicants, and selecting which candidate to extend an offer to. One aspect of the hiring process for which HFT Store Managers work with and rely on Human Resources is the company's background check process. Before a manager can extend a job offer to a candidate, the manager must first confirm that person has cleared the company's background checks — which includes a background check under the Fair Credit Reporting Act (FCRA). From in or about August 2002 to June 2012 HFT used a company called A-Check American, Inc. (A-Check) to run certain background checks. From June 2012 to present, the company has used ADP to run certain background checks. ADP uses a different FCRA

1

Case No. CV13-6262 JFW (VBKx)

DECLARATION OF AUTUMN CLEMMENS

EXHIBIT___A___,PAGE__27

1   authorization form than that which Plaintiff Gary Smith (Smith) received.

2        4.    While a potential job candidate at a store must first clear a background

3   check before a job offer may be extended, a manager can always decide, in his or her

4   discretion, to fill an open position with a different candidate who has already cleared

5   the background check process. If that happens, the manager simply accesses the

6   company's electronic records and job order forms, and "rejects" any candidates for

7   whom the manager did not make an offer but whose application is still pending. Such

8   was the case for Gary Smith.

9        5.    I've had an opportunity to review documents regarding Gary Smith's

10   application since the filing of this lawsuit. What I was able to confirm and recall is that

11   Smith previously applied for employment with HFT in 2011 as a retail warehouse

12   associate at HFT's Huntington Park store, Store 0373. In conjunction with his

13   application for employment, Smith signed an authorization form dated 1028-11 for a

14   background check under the Fair Credit Reporting Act (FCRA). Per company policy

15   and practice, the hiring manager at the store to which Smith applied forwarded

16   Smith's authorization to Human Resources for background checks. A redacted copy

17   of Smith's background report showing the "submit" date of 11-7-11 is attached to this

18   Declaration as Exhibit A.

19        6.    I further discovered in reviewing company records that on November 4,

20   2011 — e.g., after the manager submitted Smith's paperwork for a background check

21   but before the background checks were actually run — the manager "rejected" Smith

22   as an applicant. A true and accurate copy of that "job order" report is attached hereto

23   as Exhibit B. It is my understanding that the hiring manager found better qualified

24   candidates to fulfill the job order (candidates who had already cleared background

25   checks) and thus "rejected" Smith because the position(s) were already filled as of

26   November 4, 2011.

27        7.    Since HFT's third-party vendor, A-Check, was not privy to the Store

28   Manager's ultimate hiring decision on 11-4-11, A-Check ran Smith's background

16724677_1.DOCX

DECLARATION OF AUTUMN CLEMMENS

EXHIBIT___A___, PAGE___28___

1  check on 11-7-11, and apparently issued various notices based upon the results of it.

2  Such notices had nothing to do with the actual hiring decision, which occurred

3  before A-Check ever ran Smith's background report.

4  ///

5  ///

6  ///

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

16724677_1.DOCX

3                        Case No. CV13-6262 JFW (VBKx)
DECLARATION OF AUTUMN CLEMMENS

EXHIBIT __A__, PAGE __29__

1
2
3
4
5
6
7
8
9
10
11
12            I declare under penalty of perjury under the laws of the United States of
13    America that the foregoing paragraphs are true and correct to the best of my own
14    personal knowledge.
15
16
17
18
19
20    Dated: December 20 , 2013
21
22
23
24    Autumn Clemmens , Declarant
25
26
27                                        4
28

# EXHIBIT A



P.O. Box 5615
Riverside, CA 92517 USA
Call Toll free: 877-345-2021
Call Direct: 951-750-1501
Fax Toll free: 877-278-2021
A-CHECK  Fax Direct: 951-750-1301

**Confidential Background Report**

Report Subject: GARY L. SMITH
File Number: WA01333351

**ONLINE PICKUP**

Report Subject:   GARY L. SMITH
REDACTED

Date of Birth:   05/18/xxxx
SSN / GOV ID:   xxx-xx-7651 IS VALID

Report Status:   CLOSED

Prepared for:   IRENE LOPEZ
HARBOR FREIGHT TOOLS
26541 AGOURA RD
CALABASAS, CA 91302
USA USA

Site Number:   HARF001-0000
Telephone:   818-836-5412
Fax:   805-445-4904
e-mail:   DANPEREZ@ACHECKAMERICA.COM

File Submitted:   November 07, 2011 2:30 PM (12:00 PM cutoff)
Clock Begins:   November 08, 2011 8:30 AM
File Closed:   November 09, 2011 2:27 PM
File Modified:   November 21, 2011 8:40 AM
All Times are PST

**Investigation Summary for : GARY L. SMITH**

🔍 - Specific area that may require review

REDACTED

EXHIBIT____A____,PAGE___31



P.O. Box 5615
Riverside, CA 92517 USA
Call Toll free: 877-345-2021
Call Direct: 951-750-1501
Fax Toll free: 877-278-2021
A-CHECK  Fax Direct: 951-750-1301

**Confidential Background Report**

Report Subject: GARY L. SMITH
File Number: WA01333351

Under the terms of this agreement, this report is submitted with the understanding that it is to be held in strict confidence. Pre and Post notification requirements under the FCRA are required. If any information contained within the report is used for making an Adverse Action, please discuss the report with the subject prior to taking action. If the applicant disputes the information within this report, have the applicant contact A-Check America directly WITHIN 60 DAYS.

**REPORT SUMMARY ENDS**

EXHIBIT___A___,PAGE___32___

# EXHIBIT B

EXHIBIT____A____,PAGE__33__

# EXHIBIT B

1  Michael A. Caddell (SBN 249469)
   mac@caddellchapman.com
2  Cynthia B. Chapman (SBN 164471)
   Craig C. Marchiando (SBN 283829)
3  CADDELL & CHAPMAN
   1331 Lamar, Suite 1070
4  Houston TX  77010
   Telephone: (713) 751-0400
5  Facsimile:  (713) 751-0906

6  Devin H. Fok (SBN 256599)
   THE LAW OFFICES OF DEVIN H. FOK
7  P.O. Box 7165
   Alhambra CA 91802-7165
8  Telephone: (310) 430-9933
   Facsimile: (323) 563-3445
9  devin@devinfoklaw.com

10 Leonard A. Bennett (*pro hac vice filed*)
   Matthew J. Erausquin (SBN 255217)
11 CONSUMER LITIGATION ASSOCIATES, P.C.
   763 J. Clyde Morris Blvd., Suite 1A
12 Newport News VA 23606
   Telephone: (757) 930-3660
13 Facsimile: (757) 930-3662

14 *Attorneys for Plaintiff*

15              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA
16                   WESTERN DIVISION

17 GARY L. SMITH, JR., on behalf of    )    2:13-cv-06262- JFW_____
   himself and all others similarly    )
18 situated,                           )    PLAINTIFF GARY L. SMITH, JR.'S
                                        )    RULE 26(a)(1) DISCLOSURES
19            Plaintiff,               )
                                        )
20      vs.                            )
                                        )
21 HARBOR FREIGHT TOOLS USA,           )
   INC.,                               )
22                                     )
            Defendant.                 )
23

24 TO:  ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

25      Plaintiff GARY L. SMITH, JR., hereby makes the following disclosures. These

26 disclosures are the results of preliminary investigation, and PLAINTIFF expressly

27

28

                                     1

                        EXHIBIT ___B___,PAGE ___34___

reserves the right to supplement, modify, and correct these disclosures during the course of litigation.

FED. R. CIV. P. 26(a)(1)(A)(i). The name and, if known, the address and telephone number of each individual likely to have discoverable information along with the subjects of that information that the disclosing party may use to support its claims or defenses, unless solely for impeachment;

DISCLOSURE: Plaintiff hereby discloses the following individuals who likely have discoverable information and Plaintiff may use to support his claims:

1. Gary A. Smith, c/o Devin H. Fok, Esq. The Law Offices of Devin H. Fok, P.O. Box 7165, Alhambra, CA 91802-7165; 310-430-9933.

FED. R. CIV. P. 26(a)(1)(A)(ii). A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

DISCLOSURE: Plaintiff hereby provides the following supplemental production and is attached herein as Exhibit "1."

FED. R. CIV. P. 26(a)(1)(A)(iii). A computation of each category of damages claimed by the disclosing party.

DISCLOSURE: Plaintiff hereby discloses his computation of damages:

1. Actual Damages (Named Plaintiff Gary Smith Only):
   a. Loss of Wages: Approximately $10/hour and part time of approximately 25 hours a week = $13,000 a year.
   b. Mental and emotional distress: $20,000.
2. Attorney's Fees and Punitive Damages to be determined by the court.
3. Statutory Penalties On Behalf of the Class:

EXHIBIT B , PAGE 35

1        a. Civil Penalties Pursuant to 15 U.S.C. § 1681n(b): Between $100-

2           $1,000 per violation.

3        b. Civil Penalties Pursuant to Cal. Civ. Code §1785.20.5: Between

4           $100 to $5,000 per violation.

5      4. Punitive damages according to proof.

6    **FED. R. CIV. P. 26(a)(1)(A)(iv).** For inspection and copying as under Rule 34,

7    any insurance agreement under which an insurance business may be liable to satisfy

8    all or part of a possible judgment in the action or to indemnify or reimburse for

9    payments made to satisfy the judgment.

10   DISCLOSURE: Plaintiff does not have personal knowledge of any applicable

11   insurance agreement relevant to his case to satisfy any judgment in the action other

12   than those already disclosed in Defendant's Rule 26 disclosures.

13   Date: December 20, 2013

14

15                   **CADDELL & CHAPMAN**

16                   /s/Michael A. Caddell
                     Michael A. Caddell (SBN 249469)

17                   mac@caddellchapman.com
                     Cynthia B. Chapman (SBN 164471)

18                   Craig C. Marchiando (SBN 283829)
                     1331 Lamar, Suite 1070

19                   Houston TX 77010
                     Telephone: (713) 751-0400

20                   Facsimile: (713) 751-0906

21                   Devin H. Fok (SBN 256599)
                     **THE LAW OFFICES OF DEVIN H. FOK**

22                   P.O. Box 7165
                     Alhambra CA 91802-7165

23                   Telephone: (310) 430-9933
                     Facsimile: (323) 563-3445

24                   devin@devinfoklaw.com

25

26

27

28

                 3

EXHIBIT _B_ , PAGE _36_

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Leonard A. Bennett (*pro hac vice filed*)
Matthew J. Erausquin (SBN 255217)
CONSUMER LITIGATION ASSOCIATES,
P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News VA 23601
Telephone:  (757) 930-3660
Facsimile:  (757) 930-3662

*Attorneys for Plaintiff*

4

EXHIBIT __B__ , PAGE __37__

**CERTIFICATE OF SERVICE**

1

2        I hereby certify that on December 20, 2013, I electronically filed the foregoing

3   initial disclosures with the Clerk of the Court for the Central District of California

4   using the CM/ECF system. The CM/ECF system sent notice of this filing to the

5   following Counsel of Record:

6
EVAN R. MOSES, CA Bar No. 198099
7   evan.moses@ogletreedeakins.com
AARON H. COLE. CA Bar No. 236655
8   aaron.cole@ogletreedeakins.com
PATRICK F. HULLA
9   patrick.hulla@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
10  SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
11  Los Angeles, CA 90071
Telephone: 213.239.9800
12  Facsimile: 213.239.9045

13  *Attorneys for Defendant*
*HARBOR FREIGHT TOOLS USA, INC.*

14

15

16                    ___/s/ Michael A. Caddell___
                      Michael A. Caddell

17

18

19

20

21

22

23

24

25

26

27

28

5

EXHIBIT B, PAGE 38

# EXHIBIT C

1 | EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletreedeakins.com
2 | AARON H. COLE. CA Bar No. 236655
aaron.cole@ogletreedeakins.com
3 | OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4 | 400 South Hope Street, Suite 1200
Los Angeles, CA  90071
5 | Telephone:  213.239.9800
Facsimile:   213.239.9045
6 |
PATRICK HULLA (*Pro Hac Vice*)
7 | patrick.hulla@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
8 | 4520 Main Street, Suite 400
Kansas City, MO  64111
9 | Telephone:  816.471.1301
Facsimile:   816.471.1303
10 |
Attorneys for Defendant
11 | HARBOR FREIGHT TOOLS USA, INC.

12

13

14

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

15

16 | GARY L. SMITH, JR., on behalf of himself and all others similarly situated,

17 | Plaintiff,

18 | v.

19 | HARBOR FREIGHT TOOLS USA, INC.

20

21 | Defendant.

22

23

24

25

26

27

28

Case No. CV13-6262 JFW (VBKx)

**DECLARATION OF EVAN R. MOSES IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Date:        January 13, 2014
Time:        1:30 pm

Complaint Filed: August 27, 2013
Judge:              Hon. John F. Walters

16724439_1.docx

Case No. CV13-6262 JFW (VBKx)

DECLARATION OF EVAN R. MOSES

EXHIBIT ___C___, PAGE ___39___

## DECLARATION OF EVAN R. MOSES

I, Evan R. Moses, declare as follows:

1.      I am an attorney at law licensed to practice before this court and all courts of the state of California.  I am a shareholder in the law firm of Ogletree, Deakins, Nash, Stewart, & Smoak, P.C., attorneys of record for Defendants.  I have personal knowledge of the matters set forth in this declaration, and if called to testify, I would and could testify competently to those matters.

2.      On December 2, 2013, I telephonically conferred with Plaintiff's counsel regarding a number of substantive and procedural matters.  Among these, Plaintiff's counsel indicated that they intended to file a motion for class certification in the instant action.  Our conversation did not address the merits of Plaintiff's anticipated motion or the nature of the briefing that would be directed to substantive issues.  We simply discussed the fact that Plaintiff intended to file their motion.

3.      I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of December, 2013, at Los Angeles, California.


/s/ Evan R. Moses
Evan R. Moses

Declaration of Evan
Moses ISO

1

DECLARATION OF EVAN R. MOSES

Case No. CV13-6262 JFW (VBKx)

EXHIBIT ___C___, PAGE 40