1  Michael A. Caddell (SBN 249469)
   mac@caddellchapman.com
2  Cynthia B. Chapman (SBN 164471)
   Craig C. Marchiando (SBN 283829)
3  **CADDELL & CHAPMAN**
   1331 Lamar, Suite 1070
4  Houston TX  77010
   Telephone:  (713) 751-0400
5  Facsimile:  (713) 751-0906

6  Devin H. Fok (SBN 256599)
   **THE LAW OFFICES OF DEVIN H. FOK**
7  P.O. Box 7165
   Alhambra CA 91802-7165
8  Telephone: (310) 430-9933
   Facsimile: (323) 563-3445
9  devin@devinfoklaw.com

10 Leonard A. Bennett (*pro hac vice forthcoming*)
   Matthew J. Erausquin (SBN 255217)
11 **CONSUMER LITIGATION ASSOCIATES, P.C.**
   763 J. Clyde Morris Blvd., Suite 1A
12 Newport News VA 23606
   Telephone:  (757) 930-3660
13 Facsimile:  (757) 930-3662

14 *Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **GARY L. SMITH, JR.**, on behalf of himself and all others similarly situated,<br><br>           Plaintiff,<br>   vs.<br><br>**HARBOR FREIGHT TOOLS USA, INC.**,<br><br>           **Defendant.** | 2:13-cv-06262- JFW (VBKx)<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO CONTINUE PRELIMINARY APPROVAL BRIEFING FOR 45 DAYS**<br><br>Original Briefing Date: 5/2/2014<br>[Proposed] New Briefing Date: June 16, 2014 |

Having considered the parties' stipulation to continue the preliminary approval briefing for 45 days to June 16, 2014, the Court is of the opinion that the stipulation should be GRANTED.

1

1  IT IS HEREBY ORDERED:

2  That Plaintiff Gary L. Smith, Jr. on behalf of himself and all others similarly
3  situated, shall file his motion for preliminary approval on or before June 16, 2014.

Date: May 5, 2014

_____
Hon. John F. Walter

2