Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
Craig C. Marchiando (SBN 283829)
**CADDELL & CHAPMAN**
1331 Lamar, Suite 1070
Houston TX  77010
Telephone:  (713) 751-0400
Facsimile:  (713) 751-0906

Devin H. Fok (SBN 256599)
**THE LAW OFFICES OF DEVIN H. FOK**
P.O. Box 7165
Alhambra CA 91802-7165
Telephone: (310) 430-9933
Facsimile: (323) 563-3445
devin@devinfoklaw.com

Leonard A. Bennett (*pro hac vice filed*)
Matthew J. Erausquin (SBN 255217)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1A
Newport News VA 23606
Telephone:  (757) 930-3660
Facsimile:  (757) 930-3662

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **GARY L. SMITH, JR., on behalf of himself and all others similarly situated,**<br><br>         **Plaintiff,**<br>    **vs.**<br><br>**HARBOR FREIGHT TOOLS USA, INC.,**<br><br>         **Defendant.** | No. 2:13-cv-06262-JFW-VBK<br><br>**ORDER GRANTING STIPULATION TO CONTINUE PRELIMINARY APPROVAL BRIEFING BY 30 DAYS**<br><br>**Complaint filed:** Aug. 27, 2013<br>**Briefing deadline:** June 16, 2014<br>**[Proposed] New deadline:** July 16, 2014<br><br>**Judge:** Hon. John F. Walter |

Pursuant to Local Rule 7-1, the Parties request that the Court enter this stipulation to enlarge the deadline by which Plaintiff is to file his Motion for

1

1  Preliminary Approval of this class-action settlement from June 16, 2014 to July 16,
2  2014.
3      Having considered the Stipulation, applicable law, and the record in this case,
4  the Court is of the opinion that the Stipulation should be GRANTED.
5      IT IS HEREBY ORDERED that the deadline by which Plaintiff is to file his
6  Motion for Preliminary Approval is enlarged from June 16, 2014 to July 16, 2014.
7  Dated: June 16, 2014

                                                  _____
                                                  John F. Walter
                                                  United States District Judge