NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **GARY L. SMITH, JR.**, on behalf of himself and all others similarly situated,<br><br>   **Plaintiff,**<br>vs.<br><br>**HARBOR FREIGHT TOOLS USA, INC.**,<br><br>   **Defendant.** | No. 2:13-cv-06262-JFW-VBK<br><br>**ORDER GRANTING STIPULATION TO CONTINUE PRELIMINARY APPROVAL BRIEFING BY 21 DAYS**<br><br>**Complaint filed:** Aug. 27, 2013<br>**Briefing deadline:** July 16, 2014<br>**New deadline:** Aug. 6, 2014<br><br>**Judge:** Hon. John F. Walter |

  Pursuant to Local Rule 7-1, the Parties request that the Court enter this stipulation to enlarge the deadline by which Plaintiff is to file his Motion for Preliminary Approval of this class-action settlement from July 16, 2014 to August 6, 2014.

  Having considered the Stipulation, applicable law, and the record in this case, the Court is of the opinion that the Stipulation should be GRANTED.

IT IS HEREBY ORDERED that the deadline by which Plaintiff is to file his Motion for Preliminary Approval is enlarged from July 16, 2014 to August 6, 2014.

  The court will not approve any additional continuances.

Dated: July 17, 2014

             _____
             John F. Walter
             United States District Judge