Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
Craig C. Marchiando (SBN 283829)
**CADDELL & CHAPMAN**
1331 Lamar, Suite 1070
Houston TX  77010
Telephone:  (713) 751-0400
Facsimile:  (713) 751-0906

Devin H. Fok (SBN 256599)
**THE LAW OFFICES OF DEVIN H. FOK**
P.O. Box 7165
Alhambra CA 91802-7165
Telephone: (310) 430-9933
Facsimile: (323) 563-3445
devin@devinfoklaw.com

Leonard A. Bennett (*pro hac vice filed*)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1A
Newport News VA 23606
Telephone:  (757) 930-3660
Facsimile:  (757) 930-3662

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| **GARY L. SMITH, JR., on behalf of himself and all others similarly situated,**<br><br>             Plaintiff,<br><br>       vs.<br><br>**HARBOR FREIGHT TOOLS USA, INC.,**<br><br>             **Defendant.** | No. 2:13-cv-06262-JFW-VBK<br><br>**NOTICE OF UNOPPOSED MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARD**<br><br>Case filed: Aug. 27, 2013<br>Hearing date:  Jan. 26, 2015 at 1:30 pm<br>Hon. John F. Walter |

PLEASE TAKE NOTICE that on January 26, 2015, at 1:30 p.m. in Courtroom 16 of the United States Courthouse, 312 N. Spring St., Los Angeles, California, 90012-4701, Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiff

Gary L. Smith, Jr. and his Counsel will move the Court for an award of attorneys' fees, expenses of $367,020, and a Class Representative Service Award of $2,500 in this case. The bases for these awards are fully set forth in the concurrently filed Memorandum in Support of this Motion.

Date: December 18, 2014

Respectfully submitted,

By:   /s/ Michael A. Caddell
Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
Craig C. Marchiando (SBN 283829)
**CADDELL & CHAPMAN**
1331 Lamar, Suite 1070
Houston TX  77010
Telephone:  (713) 751-0400
Facsimile:  (713) 751-0906

Devin H. Fok (SBN 256599)
**THE LAW OFFICES OF DEVIN H. FOK**
P.O. Box 7165
Alhambra CA 91802-7165
Telephone: (310) 430-9933
Facsimile: (323) 563-3445
devin@devinfoklaw.com

Leonard A. Bennett (*pro hac vice filed*)
Matthew J. Erausquin (SBN 255217)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1A
Newport News VA 23601
Telephone:  (757) 930-3660
Facsimile:  (757) 930-3662

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2014, I electronically filed the foregoing document with the Clerk of the Court for the Central District of California using the CM/ECF system. The CM/ECF system sent notice of this filing to the following Counsel of Record:

>EVAN R. MOSES, CA Bar No. 198099
>evan.moses@ogletreedeakins.com
>AARON H. COLE. CA Bar No. 236655
>aaron.cole@ogletreedeakins.com
>OGLETREE, DEAKINS, NASH,
>SMOAK & STEWART, P.C.
>400 South Hope Street, Suite 1200
>Los Angeles CA 90071
>Telephone: 213.239.9800
>Facsimile: 213.239.9045
>
>PATRICK HULLA, *pro hac vice*
>patrick.hulla@ogletreedeakins.com
>OGLETREE, DEAKINS, NASH,
>SMOAK & STEWART, P.C.
>4520 Main Street, Suite 400
>Kansas City, MO 64111
>Telephone: 816.471.1301
>Facsimile: 816.471.1303
>
>*Attorneys for Defendant*
>*HARBOR FREIGHT TOOLS USA, INC.*

          /s/ Michael A. Caddell
          Michael A. Caddell