Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
Craig C. Marchiando (SBN 283829)
**CADDELL & CHAPMAN**
1331 Lamar, Suite 1070
Houston TX 77010
Telephone: (713) 751-0400
Facsimile: (713) 751-0906

Devin H. Fok (SBN 256599)
**DHF LAW**
P.O. Box 7165
Alhambra CA 91802-7165
Telephone: (310) 430-9933
Facsimile: (323) 563-3445
devin@devinfoklaw.com

Leonard A. Bennett (*pro hac vice filed*)
Matthew J. Erausquin (SBN 255217)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1A
Newport News VA 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662

*Attorneys for Plaintiff Gary L. Smith
and the Settlement Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY L. SMITH, JR.** on behalf of himself and all others similarly situated,<br><br>**Plaintiff,**<br><br>vs.<br><br>**HARBOR FREIGHT TOOLS USA, INC.,**<br><br>**Defendant.** | Case No. 2:13-cv-06262-JFW-VBK<br><br>**PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL JUDGMENT AND ORDER APPROVING CLASS ACTION SETTLEMENT**<br><br>Hearing: January 26, 2015 at 1:30 p.m.<br>Action Filed: August 27, 2013<br>Hon. John F. Walter |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 26, 2015 at 1:30 p.m. in Courtroom 13A at 312 N. Spring St., Los Angeles, California, 90012-4701, Plaintiff Gary L. Smith will respectfully move for the Court order granting Plaintiff's Unopposed Motion for Final Judgment and Order Approving Class Action Settlement.

This motion is based on this notice, the accompanying memorandum of points and authorities, on all other pleadings and papers on file in the above-captioned action, and on such oral and documentary evidence and argument as may be presented at the time of hearing.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on March 11, 2014

| | |
|---|---|
| DATED: January 16, 2015 | Respectfully submitted, |
| | **CADDELL & CHAPMAN** |
| | |
| | _/s/ Michael A. Caddell_ |
| | Michael A. Caddell (SBN 249469) |
| | mac@caddellchapman.com |
| | Cynthia B. Chapman (SBN 164471) |
| | Craig C. Marchiando (SBN 283829) |
| | CADDELL & CHAPMAN |
| | 1331 Lamar, Suite 1070 |
| | Houston TX 77010 |
| | Telephone: (713) 751-0400 |
| | Facsimile: (713) 751-0906 |
| | |
| | Devin H. Fok (SBN 256599) |
| | DHF LAW |
| | P.O. Box 7165 |
| | Alhambra CA 91802-7165 |
| | Telephone: (310) 430-9933 |
| | Facsimile: (323) 563-3445 |
| | devin@devinfoklaw.com |

Leonard A. Bennett (pro hac vice filed)
Matthew J. Erausquin (SBN 255217)
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News VA 23601
Telephone:  (757) 930-3660
Facsimile:  (757) 930-3662

*Attorneys for Plaintiff Gary L. Smith
and the Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2015, I electronically filed the foregoing document with the Clerk of the Court for the Central District of California using the CM/ECF system. The CM/ECF system sent notice of this filing to the following Counsel of Record:

> Evan R. Moses, CA Bar No. 198099
> evan.moses@ogletreedeakins.com
> Aaron H. Cole. CA Bar No. 236655
> aaron.cole@ogletreedeakins.com
> OGLETREE, DEAKINS, NASH,
> SMOAK & STEWART, P.C.
> 400 South Hope Street, Suite 1200
> Los Angeles CA 90071
> Telephone: 213.239.9800
> Facsimile: 213.239.9045

*Attorneys for Defendant
HARBOR FREIGHT TOOLS USA, INC.*

                         /s/ Michael A. Caddell
                         Michael A. Caddell